■ BERLINER HANDELS-UND FRANKFURTER BANK v COPPOLA. —Motion granted insofar as to direct Treasurer to pay defendants the sum of $5,000, together with accrued interest, less the fees and commissions of the County Treasurer. *(See,* 172 AD2d 369.) Concur—Carro, J. P., Ellerin, Wallach and Kupferman, JJ.